IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TINA M. BENNETT,

    Plaintiff,

v.

ANDREW SAUL,
Commissioner of
Social Security,

    Defendant.

Case No. 3:19-cv-987

Judge Petersen

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon substantive review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. See *Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, the ALJ will reengage in the five step sequential process and, if consulting a vocational expert is necessary, ensure that a hypothetical to the vocational expert matches the limitations described in the residual functional capacity. The ALJ

will take further action to complete the administrative record resolving the above issues, the ALJ will offer claimant the opportunity for a new hearing, and the ALJ will issue a new decision.

SO ORDERED this 1ST day of May, 2020.

_____
Honorable James D. Peterson
United States District Judge